1  Lynne C. Hermle (State Bar No. 99779)
   Jessica R. Perry (State Bar No. 209321)
2  Allison E. Pitigoi (State Bar No. 242211)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  1000 Marsh Road
   Menlo Park, CA  94025
4  Telephone:  650-614-7400
   Facsimile:   650-614-7401
5  lchermle@orrick.com
   jperry@orrick.com
6
   Attorneys for Defendants
7  BURLINGTON COAT FACTORY WAREHOUSE
   CORPORATION and BURLINGTON COAT FACTORY
8  OF CALIFORNIA, LLC

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                  WESTERN DIVISION

12

13

14  MAY VANG, and all others similarly       Case No.  09-CV-08061-CAS (JCx)
    situated,
15                                           **DEFENDANTS BURLINGTON**
              Plaintiff,                     **COAT FACTORY WAREHOUSE**
16                                           **CORPORATION AND**
         v.                                  **BURLINGTON COAT**
17                                           **FACTORY OF CALIFORNIA,**
    BURLINGTON COAT FACTORY                  **LLC'S ANSWER TO**
18  WAREHOUSE CORPORATION, a New             **PLAINTIFF'S FIRST AMENDED**
    Jersey corporation; BURLINGTON          **COMPLAINT**
19  COAT FACTORY OF CALIFORNIA,
    LLC, a California limited liability
20  company; and DOES 1 through 10,
    inclusive,
21
              Defendants.
22

23

24

25

26

27

28

OHS West:260782998.2

Defendants Burlington Coat Factory Warehouse Corporation ("BCF") and Burlington Coat Factory Warehouse of California, LLC ("BCF of California") (collectively "Defendants") hereby answer Plaintiff's First Amended Complaint ("Complaint") as follows:

## INTRODUCTION

1.     Answering paragraph 1 of the Complaint, Defendants admit that this matter is a proposed class and collective action brought by Plaintiff and that Plaintiff purports to seek declaratory and injunctive relief, damages, restitution and penalties.  Except as so admitted, Defendants deny each and every allegation of this paragraph in the Complaint.

## JURISDICTION AND VENUE

2.     Answering paragraph 2 of the Complaint, Defendants admit that this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1367(a) and that Plaintiff alleges a claim under the Fair Labor Standards Act and related claims under the California Labor Code and California Business and Professions Code that form part of the same case and controversy under Article III, section 2 of the U.S. Constitution.  Except as so admitted, Defendants deny each and every allegation of this paragraph in the Complaint.

3.     Answering paragraph 3 of the Complaint, Defendants admit that venue is proper under 28 U.S.C. § 1391.  Except as so admitted, Defendants deny each and every allegation of this paragraph in the Complaint.

## PARTIES AND CONDUCT

### A.     Plaintiff and Class Members

4.     Answering paragraph 4 of the Complaint, Defendants admit that BCF of California employed Plaintiff as an Assistant Store Manager, a position that it classified as exempt; and that BCF of California previously employed Plaintiff in other positions that it classified as non-exempt.  Except as so admitted, Defendants deny each and every allegation of this paragraph in the Complaint.

1    5.    Answering paragraph 5 of the Complaint, Defendants admit that

2  Plaintiff purports to allege violations of the FLSA and/or the California Labor

3  Code.  Except as so admitted, Defendants deny each and every allegation of this

4  paragraph in the Complaint.

5    **B.**    **Defendants**

6    6.    Answering paragraph 6 of the Complaint, Defendants admit all

7  allegations therein.

8    7.    Answering paragraph 7 of the Complaint, Defendants admit all

9  allegations therein.

10    8.    Answering paragraph 8 of the Complaint, Defendants admit that

11  Plaintiff purports to sue DOES 1-10.  Except as so admitted, Defendants deny each

12  and every allegation of this paragraph in the Complaint.  Defendants further state

13  that this paragraph contains an inappropriate reference to Doe defendants.

14  *Sigurdson v. Del Guerco*, 241 F.2d 480, 484 (9th Cir. 1956) (there is no authority

15  for the use of Doe defendants in an action under federal statute).

16    9.    Answering paragraph 9 of the Complaint, Defendants deny all

17  allegations therein.

18    10.    Answering paragraph 10 of the Complaint, Defendants deny all

19  allegations therein.

20    11.    Answering paragraph 11 of the Complaint, Defendants deny all

21  allegations therein.

22    **CLASS ACTION ALLEGATIONS**

23    12.    Answering paragraph 12 of the Complaint, Defendants incorporate

24  herein by reference their response to paragraphs 1-11 above.

25    13.    Answering paragraph 13 of the Complaint, Defendants admit that

26  Plaintiff alleges that she seeks to represent the purported classes and subclasses of

27  Defendants' current, future, and/or former employees defined in paragraph 13 of

28  Plaintiff's Complaint.  Except as so admitted, Defendants deny each and every

- 2 -

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
09-CV-08061-CAS (JCx)

1   allegation of this paragraph in the Complaint.

2       14.   Answering paragraph 14 of the Complaint, Defendants admit that

3   Plaintiff purports to bring this action as an alleged class action under Rule 23(a) of

4   the Federal Rules of Civil Procedure with respect to claims for alleged violations of

5   California law and as an alleged opt-in collective action under 29 U.S.C. § 216(b)

6   with respect to a claim for alleged violations of the FLSA.  Except as so admitted,

7   Defendants deny each and every allegation of this paragraph in the Complaint.

8       15.   Answering 15 of the Complaint, Defendants admit that Plaintiff

9   purports to bring this action as an alleged class action under Rule 23(b)(3) of the

10  Federal Rules of Civil Procedure and as an alleged collective action under 29

11  U.S.C. § 216(b).  Except as so admitted, Defendants deny each and every allegation

12  of this paragraph in the Complaint.

13      16.   Answering paragraph 16 of the Complaint, Defendants deny all

14  allegations therein.

15      17.   Answering paragraph 17 of the Complaint, Defendants deny all

16  allegations therein.

17               **<u>FIRST CLAIM FOR RELIEF</u>**

18      18.   Answering paragraph 18 of the Complaint, Defendants incorporate

19  herein by reference their response to paragraphs 1-17 above.

20      19.   Answering paragraph 19, Defendants admit that Plaintiff and the

21  purported classes and subclasses work in the mercantile industry.  Except as so

22  admitted, Defendants deny each and every allegation of this paragraph in the

23  Complaint.

24      20.   Answering paragraph 20 of the Complaint, Defendants deny all

25  allegations therein.

26      21.   Answering paragraph 21 of the Complaint, Defendants deny all

27  allegations therein.

28      22.   Answering paragraph 22 of the Complaint, Defendants deny all

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
09-CV-08061-CAS (JCx)

1  allegations therein.

2      23.    Answering paragraph 23 of the Complaint, the allegations set forth in

3  this paragraph assert no factual contentions or assert only legal conclusions and,

4  therefore, Defendants deny each and every allegation therein.

5      24.    Answering paragraph 24 of the Complaint, Defendants deny all

6  allegations therein.

7      25.    Answering paragraph 25 of the Complaint, Defendants deny all

8  allegations therein.

9      26.    Answering paragraph 26 of the Complaint, Defendants admit that

10 Plaintiff alleges that she seeks declaratory and injunctive relief, monetary damages,

11 liquidated damages, costs of suit, and reasonable attorneys' fees allegedly pursuant

12 to 29 U.S.C. § 216 on behalf of herself and the other purported members of the

13 FLSA Misclassification Class.  Except as so admitted, Defendants deny each and

14 every allegation of this paragraph in the Complaint.

15          **SECOND CLAIM FOR RELIEF**

16     27.    Answering paragraph 27 of the Complaint, Defendants incorporate

17 herein by reference their response to paragraphs 1-26 above.

18     28.    Answering paragraph 28 of the Complaint, Defendants deny all

19 allegations therein.

20     29.    Answering paragraph 29 of the Complaint, Defendants deny all

21 allegations therein.

22     30.    Answering paragraph 30 of the Complaint, Defendants deny all

23 allegations therein.

24     31.    Answering paragraph 31 of the Complaint, the allegations set forth in

25 this paragraph assert no factual contentions or assert only legal conclusions and,

26 therefore, Defendants deny each and every allegation therein.

27     32.    Answering paragraph 32 of the Complaint, the allegations set forth in

28 this paragraph assert no factual contentions or assert only legal conclusions and,

- 4 -

1   therefore, Defendants deny each and every allegation therein.

2        33.    Answering paragraph 33 of the Complaint, Defendants deny all
3   allegations therein.

4        34.    Answering paragraph 34 of the Complaint, Defendants deny all
5   allegations therein.

6        35.    Answering paragraph 35 of the Complaint, Defendants admit that
7   Plaintiff alleges that she seeks declaratory and injunctive relief, damages for unpaid
8   overtime wages, interest thereon, costs of suit, and reasonable attorney's fees
9   allegedly pursuant to California Labor Code § 1194(a) on behalf of herself and the
10  other purported members of the California Overtime Class.  Except as so admitted,
11  Defendants deny each and every allegation of this paragraph in the Complaint.

12                     **THIRD CLAIM FOR RELIEF**

13       36.    Answering paragraph 36 of the Complaint, Defendants incorporate
14  herein by reference their response to paragraphs 1-35 above.

15       37.    Answering paragraph 37 of the Complaint, the allegations set forth in
16  this paragraph assert no factual contentions or assert only legal conclusions and,
17  therefore, Defendants deny each and every allegation therein.

18       38.    Answering paragraph 38 of the Complaint, Defendants deny all
19  allegations therein.

20       39.    Answering paragraph 39 of the Complaint, Defendants deny all
21  allegations therein.

22       40.    Answering paragraph 40 of the Complaint, Defendants deny all
23  allegations therein.

24       41.    Answering paragraph 41 of the Complaint, Defendants deny all
25  allegations therein.

26       42.    Answering paragraph 42 of the Complaint, Defendants admit that
27  Plaintiff alleges that she seeks declaratory and injunctive relief, damages for unpaid
28  overtime wages, interest thereon, costs of suit, and reasonable attorney's fees

OHS West:260782998.2

1    allegedly pursuant to California Labor Code § 1194(a) on behalf of herself and the

2    other purported members of the California CTO Class.  Except as so admitted,

3    Defendants deny each and every allegation of this paragraph in the Complaint.

4                          **FOURTH CLAIM FOR RELIEF**

5          43.    Answering paragraph 43 of the Complaint, Defendants incorporate

6    herein by reference their response to paragraphs 1-42 above.

7          44.    Answering paragraph 44 of the Complaint, the allegations set forth in

8    this paragraph assert no factual contentions or assert only legal conclusions and,

9    therefore, Defendants deny each and every allegation therein.

10         45.    Answering paragraph 45 of the Complaint, Defendants deny all

11   allegations therein.

12         46.    Answering paragraph 46 of the Complaint, Defendants deny all

13   allegations therein.

14         47.    Answering paragraph 47 of the Complaint, Defendants deny all

15   allegations therein.

16         48.    Answering paragraph 48 of the Complaint, Defendants admit that

17   Plaintiff alleges that she seeks declaratory and injunctive relief, damages for unpaid

18   wages owed, interest thereon, costs of suit allegedly pursuant to California Labor

19   Code § 218.6, and reasonable attorney's fees allegedly pursuant to California Code

20   of Civil Procedure § 1021.5.  Except as so admitted, Defendants deny each and

21   every allegation of this paragraph in the Complaint.

22                          **FIFTH CLAIM FOR RELIEF**

23         49.    Answering paragraph 49 of the Complaint, Defendants incorporate

24   herein by reference their response to paragraphs 1-48 above.

25         50.    Answering paragraph 50 of the Complaint, Defendants deny all

26   allegations therein.

27         51.    Answering paragraph 51 of the Complaint, Defendants deny all

28   allegations therein.

52.     Answering paragraph 52 of the Complaint, Defendants deny all allegations therein.

53.     Answering paragraph 53 of the Complaint, Defendants deny all allegations therein.

54.     Answering paragraph 54 of the Complaint, Defendants deny all allegations therein.

55.     Answering paragraph 55 of the Complaint, Defendants deny all allegations therein.

56.     Answering paragraph 56 of the Complaint, Defendants deny all allegations therein.

57.     Answering paragraph 57 of the Complaint, Defendants deny all allegations therein.

58.     Answering paragraph 58 of the Complaint, Defendants deny all allegations therein.

59.     Answering paragraph 59 of the Complaint, Defendants admit that Plaintiff alleges that she seeks declaratory and injunctive relief, damages for unpaid wages owed, interest thereon, costs of suit allegedly pursuant to California Labor Code § 218.6, and reasonable attorney's fees allegedly pursuant to California Code of Civil Procedure § 1021.5 on behalf of herself and the other purported members of the California Rest Period Class and the California Meal Period Class.  Except as so admitted, Defendants deny each and every allegation of this paragraph in the Complaint.

## SIXTH CLAIM FOR RELIEF

60.     Answering paragraph 60 of the Complaint, Defendants incorporate herein by reference their response to paragraphs 1-59 above.

61.     Answering paragraph 61 of the Complaint, the allegations set forth in this paragraph assert no factual contentions or assert only legal conclusions and, therefore, Defendants deny each and every allegation therein.

- 7 -

1        62.    Answering paragraph 62 of the Complaint, Defendants deny all

2  allegations therein.

3        63.    Answering paragraph 63 of the Complaint, Defendants deny all

4  allegations therein.

5        64.    Answering paragraph 64 of the Complaint, Defendants admit that

6  Plaintiff alleges that she seeks declaratory and injunctive relief, damages for unpaid

7  wages owed, interest thereon, costs of suit allegedly pursuant to California Labor

8  Code § 218.6, and reasonable attorney's fees allegedly pursuant to California Code

9  of Civil Procedure § 1021.5 on behalf of herself and the other purported members

10  of the California All-Inclusive Class.  Except as so admitted, Defendants deny each

11  and every allegation of this paragraph in the Complaint.

12               **SEVENTH CLAIM FOR RELIEF**

13        65.    Answering paragraph 65 of the Complaint, Defendants incorporate

14  herein by reference their response to paragraphs 1-64 above.

15        66.    Answering paragraph 66 of the Complaint, Defendants deny all

16  allegations therein.

17        67.    Answering paragraph 67 of the Complaint, Defendants deny all

18  allegations therein.

19        68.    Answering paragraph 68 of the Complaint, Defendants deny all

20  allegations therein.

21        69.    Answering paragraph 69 of the Complaint, Defendants deny all

22  allegations therein.

23        70.    Answering paragraph 70 of the Complaint, Defendants deny all

24  allegations therein.

25        71.    Answering paragraph 71 of the Complaint, Defendants deny all

26  allegations therein.

27               **EIGHTH CLAIM FOR RELIEF**

28        72.    Answering paragraph 72 of the Complaint, Defendants incorporate

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
09-CV-08061-CAS (JCx)

1  herein by reference their response to paragraphs 1-71 above.

2      73.    Answering paragraph 73 of the Complaint, Defendants deny all

3  allegations therein.

4      74.    Answering paragraph 74 of the Complaint, Defendants deny all

5  allegations therein.

6      75.    Answering paragraph 75 of the Complaint, Defendants deny all

7  allegations therein.

8      76.    Answering paragraph 76 of the Complaint, Defendants deny all

9  allegations therein.

10     77.    Answering paragraph 77 of the Complaint, Defendants admit that

11  Plaintiff alleges that she seeks declaratory and injunctive relief and restitution,

12  allegedly pursuant to California Business & Professions Code § 17203, on behalf of

13  herself and the other purported members of the California All-Inclusive Class.

14  Except as so admitted, Defendants deny each and every allegation of this paragraph

15  in the Complaint.

16     78.    Answering paragraph 78 of the Complaint, Defendants admit that

17  Plaintiff alleges that she seeks attorney's fees allegedly pursuant to California Code

18  of Civil Procedure § 1021.5, the substantial benefit doctrine an/or the common fund

19  doctrine, on behalf of herself and the other purported members of the California

20  All-Inclusive Class.  Except as so admitted, Defendants deny each and every

21  allegation of this paragraph in the Complaint.

22              **NINTH CLAIM FOR RELIEF**

23     79.    Answering paragraph 79 of the Complaint, Defendants incorporate

24  herein by reference their response to paragraphs 1-78 above.

25     80.    Answering paragraph 80 of the Complaint, Defendants deny all

26  allegations therein.

27     81.    Answering paragraph 81 of the Complaint, the allegations set forth in

28  this paragraph assert no factual contentions or assert only legal conclusions and,

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
09-CV-08061-CAS (JCx)

1  therefore, Defendants deny each and every allegation therein.

2       82.    Answering paragraph 82 of the Complaint, Defendants deny all

3  allegations therein.

4       83.    Answering paragraph 83 of the Complaint, Defendants admit that

5  Plaintiff gave written notice by certified mail to the Labor and Workforce

6  Development Agency ("LWDA") and Defendants of the specific provisions of the

7  Labor Code alleged to have been violated and that, by letter, the LWDA provided

8  Plaintiff with written notice that it does not intend to investigate the violations of

9  the California Labor Code alleged herein.  Except as so admitted, Defendants deny

10  each and every allegation of this paragraph in the Complaint.

11       84.    Answering paragraph 84 of the Complaint, Defendants admit that

12  Plaintiff alleges that she seeks reasonable attorney's fees and costs allegedly

13  pursuant to California Labor Code § 2699(g), on behalf of herself and the other

14  purported members of the California Civil Penalties Class.  Except as so admitted,

15  Defendants deny each and every allegation of this paragraph in the Complaint.

16                        **AFFIRMATIVE DEFENSES**

17       Defendants assert the following affirmative defenses to the Complaint:

18                            **FIRST DEFENSE**

19                        **(Failure to State a Claim)**

20       1.    As a separate defense to the Complaint, Defendants allege that the

21  Complaint fails to state a claim upon which relief may be granted.

22                           **SECOND DEFENSE**

23                               **(Laches)**

24       2.    As a separate defense to the Complaint, Defendants allege that some or

25  all of the claims asserted in the Complaint are barred by the equitable doctrine of

26  laches and/or acquiescence.

27                            **THIRD DEFENSE**

28                               **(Waiver)**

- 10 -

3.     As a separate defense to the Complaint, Defendants allege that some or all of the claims asserted in the Complaint are barred by the equitable doctrine of waiver.

### FOURTH DEFENSE

### (Estoppel)

4.     As a separate defense to the Complaint, Defendants allege that some or all of the claims asserted in the Complaint are barred by the equitable doctrine of estoppel.

### FIFTH DEFENSE

### (Unclean Hands and/or After-Acquired Evidence)

5.     As a separate defense to the Complaint, Defendants allege that some or all of the claims asserted in the Complaint may be barred by the equitable doctrine of unclean hands and/or after-acquired evidence, or in the alternative these doctrines cut off or reduce Plaintiff's and/or the purported classes' damages.

### SIXTH DEFENSE

### (Statute of Limitations)

6.     As a separate defense to the Complaint, Defendants allege that the Complaint, and each purported claim contained therein, may be barred by the applicable statutes of limitation.

### SEVENTH DEFENSE

### (Failure To Mitigate)

7.     As a separate defense to the Complaint, Defendants allege that Plaintiff and the alleged classes of persons whom Plaintiff purports to represent have failed to mitigate their damages, if any.

### EIGHTH DEFENSE

### (Proximate Cause of Damages)

8.     As a separate defense to the Complaint, Defendants allege that, should it be determined that Plaintiff and/or the purported classes have been damaged, then

- 11 -

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
09-CV-08061-CAS (JCx)

1    said damages were proximately caused by their own conduct.

2    **NINTH DEFENSE**

3    **(Requirements for Class, Group or Collective Action)**

4    9.    As a separate defense to the Complaint, Defendants allege that

5    Plaintiff cannot satisfy the requirements for a class, group, collective or

6    representative action under federal or California law.

7    **TENTH DEFENSE**

8    **(Lack of Standing)**

9    10.    As a separate defense to the Complaint, Defendants allege that the

10    Complaint is barred to the extent that Plaintiff lacks standing to raise some or all of

11    the claims of the alleged classes of persons whom Plaintiff purports to represent.

12    **ELEVENTH DEFENSE**

13    **(Exemption)**

14    11.    As a separate defense to the Complaint, Defendants allege that the

15    Complaint is barred because Plaintiff and some of the alleged classes of persons

16    which Plaintiff purports to represent are properly classified as exempt executive

17    and/or administrative employees from the overtime requirements of federal and/or

18    California law.

19    **TWELFTH DEFENSE**

20    **(Compromise, Settlement, Waiver, Accord, Satisfaction, Set-Off, Release)**

21    12.    As a separate defense to the Complaint, Defendants allege that

22    Plaintiff and/or members of the alleged classes of persons which Plaintiff purports

23    to represent are precluded from recovering any amounts from Defendants because

24    Defendants have paid Plaintiff and/or members of the alleged classes of persons

25    which Plaintiff purport to represent, all sums legally due under California and/or

26    federal law, as applicable, and/or Plaintiff and/or any member of the alleged classes

27    which Plaintiff purports to represent has executed a compromise and release of any

28    claims asserted in this lawsuit and, accordingly, such claims are barred by the

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
09-CV-08061-CAS (JCx)

1   doctrines of compromise, settlement, waiver, accord, satisfaction, set off, and/or
2   release.

3   **THIRTEENTH DEFENSE**
4   **(Failure To Perform Duties)**

5   13.    As a separate defense to the Complaint, Defendants allege that the
6   Complaint, and each purported cause of action contained therein, is barred to the
7   extent that Plaintiff and the alleged classes of persons which Plaintiff purports to
8   represent, failed to perform their respective duties, failed to perform those duties
9   which Defendants realistically expected each to perform, failed to use ordinary care
10  and diligence in the performance of their duties, failed to substantially comply with
11  the reasonable directions of their alleged employer, failed to exercise a reasonable
12  degree of skill in performing their job duties and/or have failed to comply with
13  California Labor Code sections 2854, 2856, 2858 and 2859, respectively.

14  **FOURTEENTH DEFENSE**
15  **(Good Faith)**

16  14.    As a separate defense to the Complaint, Defendants affirmatively
17  plead that any act(s) and/or omissions(s) which may be found to be in violation of
18  the rights afforded by California and/or federal law were not willful but occurred in
19  good faith with reasonable grounds for believing that it was in full compliance with
20  California and/or federal law, as applicable.

21  **FIFTEENTH DEFENSE**
22  **(Failure to State a Claim Regarding Damages, Costs and Fees)**

23  15.    As a separate defense to the Complaint, Defendants allege that the
24  Complaint fails to state a claim for which relief may be granted that provides for
25  compensatory, consequential or liquidated damages, or any other damages, costs or
26  fees allowed by California and/or federal law, as applicable.

27  **SIXTEENTH DEFENSE**
28  **(Offset)**

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
09-CV-08061-CAS (JCx)

16.     As a separate defense to the Complaint and to each claim therein, Defendants allege that if any damages have been sustained by Plaintiff or by any member of the alleged classes of persons which Plaintiff purports to represent, although such is not admitted and is specifically denied, Defendants are entitled by equity to offset all time Defendants voluntarily paid for not worked by Plaintiff and putative class members against any judgment that may be entered against Defendants.

## SEVENTEENTH DEFENSE

### (Vague)

17.     As a separate defense to the Complaint, Defendants alleges that California Business and Professions Code Section 17200 is unconstitutionally vague as applied here in violation of Defendants' rights of due process and equal protection under the United States Constitution and the California Constitution.

## EIGHTEENTH DEFENSE

### (Unconstitutional)

18.     As a separate defense to the Complaint, adjudication of Plaintiff's claims on a class wide basis would violate Defendants' right to due process and a jury trial and is barred by the Rules Enabling Act.

## NINETEENTH DEFENSE

### (Res Judicata and/or Collateral Estoppel)

19.     As a separate defense to the Complaint, Defendants allege that Plaintiff's and/or the alleged classes' claims are barred by the doctrine of res judicata and/or collateral estoppel.

## TWENTIETH DEFENSE

### (Adequate Remedy)

20.     As a separate defense to the Complaint, Defendants allege that Plaintiff's and/or the alleged classes' claims for equitable relief are barred because Plaintiff and/or the alleged class members have an adequate remedy at law for their

- 14 -

1    claims.

2    **TWENTY-FIRST DEFENSE**

3    **(Exhaustion)**

4        21.     As a separate defense to the Complaint and all claims for damages or

5    penalties under the California Labor Code Private Attorney General Act,

6    administrative remedies may not have been exhausted.

7    **TWENTY-SECOND DEFENSE**

8    **(Negligence)**

9        22.     As a separate defense to the Complaint, to the extent any damages

10    were sustained by Plaintiff and/or the alleged classes of persons which Plaintiff

11    purports to represent, which is expressly denied by Defendants, such damages were

12    either wholly or in part caused by Plaintiff's and/or the alleged classes' own action,

13    inactions, or delay in acting.

14    **TWENTY-THIRD DEFENSE**

15    **(Wages Subject to Dispute)**

16        23.     As a separate defense to the Complaint, Plaintiff's and some of the

17    proposed class members' claims are subject to disputes over wages.

18    **TWENTY-FOURTH DEFENSE**

19    **(Not Unjustly Enriched)**

20        24.     As a separate defense to the Complaint, Defendants were not unjustly

21    enriched.

22    **TWENTY-FIFTH DEFENSE**

23    **(Insufficient Facts for Injunctive or Equitable Relief)**

24        25.     As a separate defense to the Complaint, Defendants allege that the

25    Complaint fails to allege facts sufficient to justify injunctive or other equitable

26    relief.

27    **TWENTY-SIXTH DEFENSE**

28    **(Non-Compensable Time Under Portal-to-Portal Act)**

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
09-CV-08061-CAS (JCx)

26.     As a separate defense to the Complaint, some or all of the disputed time is not compensable pursuant to the Portal-to-Portal Act of 1947.

**TWENTY-SEVENTH DEFENSE**

**(Timely Demand for Wages Payable)**

27.     As a separate defense to the Complaint, Plaintiff and/or the proposed classes have failed to timely make a demand in writing for wages due and payable.

**TWENTY-EIGHTH DEFENSE**

**(No Liquidated Damages)**

28.     As a separate defense to the Complaint, Plaintiff and/or the proposed classes may not recover liquidated damages because (1) Defendants acted at all times in good faith and did not commit any willful violation of the Fair Labor Standards Act or any California laws; (2) Defendants did not authorize or ratify any such allegedly willful violation; and (3) Plaintiff has failed to state facts sufficient to support an award of such alleged damages against Defendants.

**TWENTY-NINTH DEFENSE**

**(No Recovery of Amounts Due and Paid)**

29.     As a separate defense to the Complaint, Plaintiff and/or the proposed classes are precluded from recovering any amounts from Defendants where Defendants have paid all sums legally due under the Fair Labor Standards Act and/or California law.

**THIRTIETH DEFENSE**

**(Consent to Pay System)**

30.     As a separate defense to the Complaint, the claims of Plaintiff and/or the proposed classes are barred in whole or in part because Plaintiff and/or the proposed classes consented to the pay system that is the subject of the Complaint.

**THIRTY-FIRST DEFENSE**

**(Defendants Not Agents, Employees and/or Servants, Masters or  Employers of Each Other)**

OHS West:260782998.2

1     31.    As a separate defense to the Complaint, Defendants are and were not

2  agents, employees and/or servants, masters or employers of each other.

3  <b><u>THIRTY-SECOND DEFENSE</u></b>

4  <b>(Right to Assert Further Defenses)</b>

5     32.    Defendants have insufficient knowledge or information on which to

6  form a belief as to whether they have any additional, as yet unstated, defenses

7  available.  Defendants reserve the right to assert additional affirmative defenses.

8  <b><u>PRAYER</u></b>

9     WHEREFORE, Defendants pray for the following relief:

10     1.    That the Complaint be dismissed with prejudice and that Plaintiff and

11  the proposed classes take nothing thereby;

12     2.    That the purported classes not be certified;

13     3.    That judgment be entered in favor of Defendants on all claims and

14  against Plaintiff;

15     4.    That Defendants be awarded their attorneys' fees and costs of suit; and

16     5.    For such other and further relief as this Court may deem proper.

17

18  Dated:    December 7, 2009        LYNNE C. HERMLE

19                             JESSICA R. PERRY<br>ALLISON E. PITIGOI

20                             Orrick, Herrington & Sutcliffe LLP

21

22                                /s/<br>Jessica R. Perry

23                             Attorneys for Defendants<br>BURLINGTON COAT FACTORY

24                             WAREHOUSE CORPORATION and<br>BURLINGTON COAT FACTORY OF

25                             CALIFORNIA, LLC

26

27

28

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
09-CV-08061-CAS (JCx)

OHS West:260782998.2