| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779)<br>JESSICA R. PERRY (STATE BAR NO. 209321)<br>ALLISON E. PITIGOI (STATE BAR NO. 242211)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  650-614-7400<br>Facsimile:   650-614-7401<br>lchermle@orrick.com<br>jperry@orrick.com<br>apitigoi@orrick.com |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | DANIEL F. MURPHY, JR. (*Pro Hac Vice*)<br>JAMES E. MCGRATH, III (*Pro Hac Vice*)<br>PUTNEY, TWOMBLY, HALL & HIRSON LLP<br>521 Fifth Avenue<br>New York, New York  10175<br>Telephone:  212-682-0020<br>Facsimile:   212-682-9380<br>dmurphy @putneylaw.com<br>jmcgrath@putneylaw.com |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | Attorneys for Defendants<br>BURLINGTON COAT FACTORY WAREHOUSE CORPORATION and BURLINGTON COAT FACTORY OF CALIFORNIA, LLC |
| 13 | |
| 14 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAY VANG, and all others similarly situated,<br><br>           Plaintiffs,<br><br>      v.<br><br>BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, a New Jersey corporation; BURLINGTON COAT FACTORY OF CALIFORNIA, LLC, a California limited liability company; and DOES 1-50, inclusive,<br><br>           Defendants. | CASE NO.  CV09 8061 CAS (JCx)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  NOTICE IS HEREBY GIVEN that Orrick, Herrington & Sutcliffe LLP has become associated with Daniel F. Murphy, Jr. and James E. McGrath, III of Putney, Twombly, Hall & Hirson LLP as attorneys for Defendants Burlington Coat Factory Warehouse Corporation, a New Jersey corporation, and Burlington Coat Factory of California, LLC, a California limited liability company.  The office address, telephone number, facsimile number and email addresses of such associated attorneys are as follows:

>    Daniel F. Murphy, Jr.
>    James E. McGrath, III
>    Putney, Twombly, Hall & Hirson LLP
>    521 Fifth Avenue
>    New York, New York  10175
>    Telephone:  (212) 682-0020
>    Facsimile:  (212) 682-9380
>    dmurphy@putneylaw.com
>    jmcgrath@putneylaw.com

Dated:  December 24, 2009

LYNNE C. HERMLE
JESSICA R. PERRY
ALLISON E. PITIGOI
Orrick, Herrington & Sutcliffe LLP


_____/s/_____
Jessica R. Perry
Attorneys for Defendants
BURLINGTON COAT FACTORY
WAREHOUSE CORPORATION and
BURLINGTON COAT FACTORY OF
CALIFORNIA, LLC