UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAY VANG, SHANI BURLEW, and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, a New Jersey corporation; BURLINGTON COAT FACTORY OF CALIFORNIA, LLC, a California limited liability company,<br><br>    Defendants. | CASE NO. 09-CV-08061-CAS (JCx)<br><br>**STIPULATION AND PROPOSED ORDER CLARIFYING SCOPE OF CLASS RELEASE AS TO CLASS MEMBERS' CLAIMS ARISING FROM THEIR EMPLOYMENT AS STORE MANAGERS** |

**IT IS HEREBY STIPULATED**, by and among Named Plaintiffs May Vang and Shani Burlew on behalf of themselves and all others similarly situated and Defendants Burlington Coat Factory Warehouse Corporation and Burlington Coat Factory of California, LLC, subject to the approval of the Court, that Paragraph 29 ("Released Claims") of the Stipulation and Settlement Agreement of Class Action Claims shall be clarified as follows and that the instant clarification shall be incorporated into the Final Order and Judgment:

The "Released Claims" of Class Members employed as Store Managers arising from their employment by Defendants in California during such times as they were employed as Store Managers shall be limited to claims related to the alleged forfeiture of Management Recognition Days and/or Personal Days, whether the claims are phrased as vacation pay or otherwise.

///

///

///

///

1

STIPULATION AND PROPOSED ORDER CLARIFYING SCOPE OF CLASS RELEASE AS TO CLASS MEMBERS' CLAIMS ARISING FROM THEIR EMPLOYMENT AS STORE MANAGERS - CASE NO. 09-CV-08061-CAS (JCX)

271572-1

| | |
|---|---|
| 1 | **NAMED PLAINTIFFS** |
| 2  Dated: 5/16/11 | /s/ May Vang |
| 3 | May Vang |
| 4  Dated: | _____ |
| | Shani Burlew |
| 5  Dated: | THE SPIVAK LAW FIRM |
| 6 | LAW OFFICES OF SHAUN SETAREH |
| 7 | LAW OFFICES OF LOUIS BENOWITZ |
| 8 | |
| 9 | By_____ |
| | David Spivak |
| 10 | Attorneys for Plaintiffs |
| 11  Dated: | **DEFENDANTS** |
| | BURLINGTON COAT FACTORY |
| 12 | WAREHOUSE CORP. AND BURLINGTON COAT |
| | FACTORY OF CALIFORNIA, LLC |
| 13 | |
| 14 | By_____ |
| 15 | Paul C. Tang |
| | General Counsel |
| 16 | |
| 17  Approved as to Form: | **COUNSEL FOR DEFENDANTS** |
| | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| 18 | |
| 19  Dated: | By_____ |
| | Jessica R. Perry |
| 20 | Attorneys for Defendants |

2

STIPULATION AND PROPOSED ORDER CLARIFYING SCOPE OF CLASS RELEASE AS TO CLASS MEMBERS' CLAIMS
ARISING FROM THEIR EMPLOYMENT AS STORE MANAGERS - CASE NO. 09-CV-08061-CAS (JCX)

271572-1

```
 1                                  NAMED PLAINTIFFS
 2   Dated:
                                    _____
 3                                  May Vang
 4   Dated: 5/19/11
                                    _____
 5                                  Shani Burlew
     Dated:
 6                                  THE SPIVAK LAW FIRM
                                    LAW OFFICES OF SHAUN SETAREH
 7                                  LAW OFFICES OF LOUIS BENOWITZ

 8
                                    By_____
 9                                       David Spivak
                                         Attorneys for Plaintiffs
10
     Dated:                         DEFENDANTS
11                                  BURLINGTON COAT FACTORY
                                    WAREHOUSE CORP. AND BURLINGTON COAT
12                                  FACTORY OF CALIFORNIA, LLC
13
14
                                    By_____
15                                       Paul C. Tang
                                         General Counsel
16
     Approved as to Form:           COUNSEL FOR DEFENDANTS
17                                  ORRICK, HERRINGTON & SUTCLIFFE, LLP
18
     Dated:                         By_____
19                                       Jessica R. Perry
                                         Attorneys for Defendants
20
```

2

STIPULATION AND PROPOSED ORDER CLARIFYING SCOPE OF CLASS RELEASE AS TO CLASS MEMBERS' CLAIMS ARISING FROM THEIR EMPLOYMENT AS STORE MANAGERS - CASE NO. 09-CV-08061-CAS (JCX)

271572-1

| | | |
|---|---|---|
| 1 | | **NAMED PLAINTIFFS** |
| 2 | Dated: | |
| 3 | | May Vang |
| 4 | Dated: | |
| 5 | | Shani Burlew |
| 6 | Dated: | THE SPIVAK LAW FIRM |
| 7 | | LAW OFFICES OF SHAUN SETAREH |
| | | LAW OFFICES OF LOUIS BENOWITZ |
| 8 | | By _____ |
| 9 | | David Spivak |
| 10 | | Attorneys for Plaintiffs |
| 11 | Dated: | **DEFENDANTS** |
| 12 | | BURLINGTON COAT FACTORY |
| | | WAREHOUSE CORP. AND BURLINGTON COAT |
| 13 | | FACTORY OF CALIFORNIA, LLC |
| 14 | | |
| 15 | | By _____ |
| | | Paul C. Tang |
| 16 | | General Counsel |
| 17 | Approved as to Form: | **COUNSEL FOR DEFENDANTS** |
| | | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| 18 | | |
| 19 | Dated: | By _____ |
| 20 | | Jessica R. Perry |
| | | Attorneys for Defendants |

2

STIPULATION AND PROPOSED ORDER CLARIFYING SCOPE OF CLASS RELEASE AS TO CLASS MEMBERS' CLAIMS
ARISING FROM THEIR EMPLOYMENT AS STORE MANAGERS - CASE NO. 09-CV-08061-CAS (JCX)

271572-1

|  |  |
|---|---|
| 1 | **NAMED PLAINTIFFS** |
| 2  Dated: |  |
| 3 | _____<br>May Vang |
| 4  Dated: |  |
| 5 | _____<br>Shani Burlew |
| 6  Dated: | THE SPIVAK LAW FIRM<br>LAW OFFICES OF SHAUN SETAREH |
| 7 | LAW OFFICES OF LOUIS BENOWITZ |
| 8 |  |
| 9 | By_____<br>David Spivak |
| 10 | Attorneys for Plaintiffs |
| 11  Dated: | **DEFENDANTS**<br>BURLINGTON COAT FACTORY |
| 12 | WAREHOUSE CORP. AND BURLINGTON COAT<br>FACTORY OF CALIFORNIA, LLC |
| 13 |  |
| 14 |  |
| 15 | By /s/ Paul C. Tang<br>Paul C. Tang |
| 16 | General Counsel |
| 17  Approved as to Form: | **COUNSEL FOR DEFENDANTS**<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| 18 |  |
| 19  Dated: | By_____ |
| 20 | Jessica R. Perry<br>Attorneys for Defendants |

2

STIPULATION AND PROPOSED ORDER CLARIFYING SCOPE OF CLASS RELEASE AS TO CLASS MEMBERS' CLAIMS
ARISING FROM THEIR EMPLOYMENT AS STORE MANAGERS - CASE NO. 09-CV-08061-CAS (JCX)

271572-1

|   |   |
|---|---|
|   | **NAMED PLAINTIFFS** |
| Dated: | _____ |
|   | May Vang |
| Dated: | _____ |
|   | Shani Burlew |
| Dated: | THE SPIVAK LAW FIRM<br>LAW OFFICES OF SHAUN SETAREH<br>LAW OFFICES OF LOUIS BENOWITZ |
|   | By_____<br>     David Spivak<br>     Attorneys for Plaintiffs |
| Dated: | **DEFENDANTS**<br>BURLINGTON COAT FACTORY WAREHOUSE CORP. AND BURLINGTON COAT FACTORY OF CALIFORNIA, LLC |
|   | By_____<br>     Paul C. Tang<br>     General Counsel |
| Approved as to Form: | **COUNSEL FOR DEFENDANTS**<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| Dated: May 18, 2011 | By  /s/ Jessica R. Perry / s.c.<br>     Jessica R. Perry<br>     Attorneys for Defendants |

2
STIPULATION AND PROPOSED ORDER CLARIFYING SCOPE OF CLASS RELEASE AS TO CLASS MEMBERS' CLAIMS
ARISING FROM THEIR EMPLOYMENT AS STORE MANAGERS - CASE NO. 09-CV-08061-CAS (JCX)

271572-1