1  Shaun Setareh (State Bar No.  204514)
   LAW OFFICES OF SHAUN SETAREH
2  9454 Wilshire Blvd, Penthouse Suite 3
   Beverly Hills, California 90212
3  Telephone:  310-888-7771
   Facsimile:   310-888-0109
4  setarehlaw@sbcglobal.net
   (Additional Counsel on Next Page)
5
   Attorneys for Plaintiff
6  MAY VANG

7  Lynne C. Hermle (State Bar No. 99779)
   Jessica R. Perry (State Bar No. 209321)
8  Sitthikit Chariyasatit (State Bar No. 252028)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  1000 Marsh Road
   Menlo Park, CA  94025
10 Telephone:  650-614-7400
   Facsimile:   650-614-7401
11 lchermle@orrick.com
   jperry@orrick.com
12 (Additional Counsel on Next Page)

13 Attorneys for Defendants
   BURLINGTON COAT FACTORY WAREHOUSE
14 CORPORATION and BURLINGTON COAT FACTORY
   OF CALIFORNIA, LLC
15

16            UNITED STATES DISTRICT COURT

17     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

18
   MAY VANG, and all others similarly        Case No.  09-CV-08061-CAS (JCx)
19 situated,
                                             **[PROPOSED] JUDGMENT**
20         Plaintiffs,

21         v.

22 BURLINGTON COAT FACTORY
   WAREHOUSE CORPORATION, a New
23 Jersey corporation; BURLINGTON
   COAT FACTORY OF CALIFORNIA,
24 LLC, a California limited liability
   company; and DOES 1 through 10,
25 inclusive,

26         Defendants.

27

28

OHS West:261002318.1

1

**Additional Attorneys for Plaintiff**

2

3
David Spivak (State Bar No. 179684)
THE SPIVAK LAW FIRM

4
9454 Wilshire Blvd, Suite 303
Beverly Hills, California 90212

5
Telephone:  310-499-4730

6
Facsimile:   310-499-4739
david@spivaklaw.com

7

8
Louis Benowitz (State Bar No. 262300)
LAW OFFICES OF LOUIS BENOWITZ

9
9454 Wilshire Blvd, Penthouse Suite 34

10
Beverly Hills, California 90212
Telephone:  310-888-7771

11
Facsimile:   310-888-0109

12
louis@benowitzlaw.com

13
**Additional Attorneys for Defendants**

14

15
Daniel F. Murphy, Jr. (*Pro Hac Vice*)
James E. McGrath, III (*Pro Hac Vice*)

16
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue

17
New York, New York 10175

18
Telephone:  212-682-0020
Facsimile:   212-682-9380

19
dmurphy@putneylaw.com

20
jmcgrath@putneylaw.com

21

22

23

24

25

26

27

28

OHS West:261002318.1

1

2     The Named Plaintiffs May Vang and Shani Burlew's Motions for Final

3  Approval of Class Action Settlement (Docket No. 51) and for Awards of Attorneys'

4  Fees, Reimbursement of Expenses, and Incentive Payments (Docket No. 53) came

5  for hearing on June 27, 2011 in the above-captioned Court, the Honorable Christina

6  Snyder presiding. The Court having previously granted preliminary approval of the

7  Settlement on March 7, 2011, the Parties having fully briefed the issues regarding

8  final approval and awards of attorneys' fees, reimbursement of expenses, and

9  incentive payments, the cause having been heard, and the Court having granted

10  final approval of the Class Action Settlement,

11     IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

12     Judgment is entered on the terms set forth in the Order Granting Final

13  Approval of Class Action Settlement.

14

15  Dated: _____     _____

16               UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28