Shaun Setareh (State Bar No. 204514)
LAW OFFICES OF SHAUN SETAREH
9454 Wilshire Blvd, Penthouse Suite 3
Beverly Hills, California 90212
Telephone: 310-888-7771
Facsimile: 310-888-0109
setarehlaw@sbcglobal.net
(Additional Counsel on Next Page)

Attorneys for Plaintiff
MAY VANG

Lynne C. Hermle (State Bar No. 99779)
Jessica R. Perry (State Bar No. 209321)
Sitthikit Chariyasatit (State Bar No. 252028)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401
lchermle@orrick.com
jperry@orrick.com
(Additional Counsel on Next Page)

Attorneys for Defendants
BURLINGTON COAT FACTORY WAREHOUSE
CORPORATION and BURLINGTON COAT FACTORY
OF CALIFORNIA, LLC

ENTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MAY VANG, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, a New Jersey corporation; BURLINGTON COAT FACTORY OF CALIFORNIA, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 09-CV-08061-CAS (JCx)<br><br>**JUDGMENT** |

**Additional Attorneys for Plaintiff**

David Spivak (State Bar No. 179684)
THE SPIVAK LAW FIRM
9454 Wilshire Blvd, Suite 303
Beverly Hills, California 90212
Telephone: 310-499-4730
Facsimile: 310-499-4739
david@spivaklaw.com

Louis Benowitz (State Bar No. 262300)
LAW OFFICES OF LOUIS BENOWITZ
9454 Wilshire Blvd, Penthouse Suite 34
Beverly Hills, California 90212
Telephone: 310-888-7771
Facsimile: 310-888-0109
louis@benowitzlaw.com

**Additional Attorneys for Defendants**

Daniel F. Murphy, Jr. (*Pro Hac Vice*)
James E. McGrath, III (*Pro Hac Vice*)
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, New York 10175
Telephone: 212-682-0020
Facsimile: 212-682-9380
dmurphy@putneylaw.com
jmcgrath@putneylaw.com

The Named Plaintiffs May Vang and Shani Burlew's Motions for Final Approval of Class Action Settlement (Docket No. 51) and for Awards of Attorneys' Fees, Reimbursement of Expenses, and Incentive Payments (Docket No. 53) came for hearing on June 27, 2011 in the above-captioned Court, the Honorable Christina Snyder presiding. The Court having previously granted preliminary approval of the Settlement on March 7, 2011, the Parties having fully briefed the issues regarding final approval and awards of attorneys' fees, reimbursement of expenses, and incentive payments, the cause having been heard, and the Court having granted final approval of the Class Action Settlement,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Judgment is entered on the terms set forth in the Order Granting Final Approval of Class Action Settlement.

Dated: July 11, 2011

_____
UNITED STATES DISTRICT COURT JUDGE